IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-02574-RBJ

ELROY LEE,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO;
DAVID RYAN, individually and in his official capacity;
CHOICE JOHNSON, individually and in his official capacity; and
RANDALL KROUSE, individually and in his official capacity,

    Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **10 day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **April 18, 2016 at 9:00 a.m.**

A Trial Preparation Conference is set for **April 1, 2016 at 9:00 a.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least three business days in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at
http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 18th day of March, 2015.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge