IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 14-cv-02574-RBJ | Date: April 1, 2016 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Mary George |

| *Parties* | *Counsel* |
|---|---|
| ELROY LEE | *Michael P. Fairhurst* |
| | *David A. Lane* |
| **Plaintiff** | |
| v. | |
| CITY AND COUNTY OF DENVER | *Conner D. Farley* |
| DAVID RYAN | *Writer Mott* |
| CHOICE JOHNSON | *Andrew D. Ringel* |
| RANDALL KROUSE | |
| **Defendant** | |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

Court in Session: 9:30 a.m.

Appearance of counsel.

Discussion held on status of the case and pending motions.

**ORDERED:** [49] Motion to Exclude Plaintiff's Fed.R.Evid 404(b) Witnesses from Defendant Choice Johnson is GRANTED.

[52] Denver Defendants' Motion *In Limine* to Exclude Evidence of Unrelated Complaints Filed Against Defendants Ryan and Krouse is MOOT.

Discussion held on [55] Defendants' Trial Brief.

Jury instructions reviewed.

Discussion held on competency of witness.

Continued review of jury instructions.

Court in Recess: 10:11 a.m.        Hearing concluded.        Total time in Court: 00:41